UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Howard Cohan

                              Plaintiff,

v.                                              Case No.:
                                                1:15−cv−00216

                                                Honorable Virginia M. Kendall

DOUBLETREE d/b/a DOUBLETREE BY
HILTON HOTEL WOOD DALE

                                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 19, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion to amend/correct and to dismiss [13] is granted. Plaintiff is given leave to amend his Complaint as a matter of course, pursuant to Federal Rule of Civil Procedure 15(a)(1), and to dismiss this matter with prejudice. Motion hearing set for 5/21/2015 on this motion is hereby stricken. Civil case terminated. Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.